**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL MEZA,

    Plaintiff,

vs.

Police Officer MONTALBO, et al.,

    Defendants.

No. C 05-2567 PJH (PR)

**ORDER OF DISMISSAL**

This case was filed pro se by a state prisoner. In an order entered on January 11, 2006, the court noted that although it was erroneously classified by the clerk as a habeas case, it is in fact a civil rights case under Section 1983. The clerk had sent plaintiff a notice that his in forma pauperis application was deficient, but the notice said that the filing fee was that for habeas cases, five dollars. Plaintiff asked for an extension of time to remedy the IFP deficiencies. In the court's January 11 order, plaintiff was warned that the filing fee is actually $250. He was ordered to pay the fee or remedy the deficiencies of his IFP application, and to file an amended complaint on the court's form, by January 31, 2006.

He has not responded. This case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 13, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.05\MEZA567.DSIFP